# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Nelson Junior Blackmountain
Defendant

Case No.: 18-04057PO-001-PCT-DMF

**DETERMINATION OF RELEASE**
**CONDITIONS AND RELEASE ORDER**

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

   MAR 0 1 2018

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IT IS ORDERED the defendant be released subject to the following conditions:

## CONDITIONS OF RELEASE

Defendant shall appear as indicated:

**DATE:** March 20, 2018    **TIME:** 2:00 pm    **LOCATION:** Flagstaff, Arizona
For: ☐ Initial Appearance ☐ Preliminary Hearing ☒ Status Hearing ☐ Trial

During the pendency of this case defendant will:
(1) Appear to answer and submit himself/herself to all further orders and processes of the Court having jurisdiction in this case;
(2) Not commit any federal, state or local criminal offense;
(3) Notify the Court of any change of address or telephone number and not leave the State of Arizona without permission of the Court;
(4) Promise to appear at all proceedings as required and to surrender for service of any sentence imposed;
(5) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a;
(6) Defendant shall not consume or possess any alcohol or illegal drugs (The use or possession of marijuana, even with a physician's certification, is not permitted.);
(7) Defendant shall participate in drug/alcohol counseling/treatment and shall pay for the cost of treatment.
(8) Contact his/her attorney weekly by 12:00 PM on Friday.

## OTHER CONDITIONS OF RELEASE

☐ Defendant will execute an appearance bond approved by the Court, or as specified in General Order 14-16, in the total amount of _____, payable by certified check or money order only.
☐ Defendant, in order to obtain sobriety, shall remain in the custody of the arresting agency or a pretrial detention facility for 12 hours from the time of arrest. ARREST TIME: _____

☒ Defendant shall be released to the Third Party Custody of: Shanaya Upshaw

   Who agrees (a) to supervise the Defendant in accordance with the conditions of this order; (b) to use every effort to assure the appearance of Defendant at all scheduled hearings; and (c) to notify the Court immediately if Defendant violates any condition of this release or will not appear.

_____
Signature Third Party

☐ If defendant desires to reach a pre-court hearing resolution of this matter, contact _____ on _____ for a pretrial conference.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions or release, to appear as directed, and to surrender for service of any sentence imposed. I am aware that a failure to follow my conditions of release may result in my release being revoked, a finding of contempt of court, prosecution for committing a crime on release or prosecution for failure to appear, resulting in additional fines or incarceration.

_____3/1/18_____  
Date

_____3/1/18_____  
Date

_____3/1/18_____  
Date

_____  
Signature of Defendant

_____  
Signature of Witness

_____  
CHARLES R. PYLE United States Magistrate Judge